# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE #: 08-CIV 5182

**MICHAEL J. MALLON**

against                                    Plaintiff(s)/Petitioner(s)

**MANN BRACKEN, LLC**

Defendant(s)/Respondent(s)

State of NY
County of Albany    SS

Michael Pickett being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 6/9/08 at 2:40 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION, COMPLAINT**

upon: **MANN BRACKEN, LLC**

defendant/respondent in this action by delivering and leaving with Carol Vogt authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**303 of the Limited Liability Company Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | dark | 48-52 | 5'3" | 110 | |

Sworn to before me on: 6/10/2008

_____
Notary Public

Michael Pickett

| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe | Lightning Legal Services, LLC |
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY | P.O. Box 9132 |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 | Albany, NY 12209 |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County | 113552 |
| Commission expires 8/2/05 | Commission expires 2/6/2011 | Commission Expires 5/30/10 | |