USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL J. MALLON,

    Plaintiff,

vs.

MANN BRACKEN, LLC

    Defendant.

---

Index No.: 08 CV 5182 (SAS)(HBP)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that the time of the defendant MANN BRACKEN, LLC to appear, answer or otherwise respond to the complaint is extended through and including July 30, 2008.

Dated: June 26, 2008
    White Plains, New York

KLEINMAN LLC,

By: Abraham Kleinman (AK-6300)
Attorney for Plaintiff
626 RexCorp Plaza
Uniondale, New York 11556-0626
Tel: (516) 522-2621

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: Thomas A. Leghorn
Jay A. Wechsler
Attorneys for Defendant
MANN BRACKEN, LLC
3 Gannett Drive
White Plains, New York 10604
Tel: (914)323-7000

SO ORDERED

USDJ

6/30/08

2033349.1