UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
MICHAEL J. MALLON,
:
            Plaintiff,                             **ORDER OF**
                                                    **DISCONTINUANCE**
:
      -against-                             08 Civ. 5182 (SAS)
:
MANN BRACKEN, LLC,
:
            Defendant.
------------------------------------------------------X
**SHIRA A. SCHEINDLIN, U.S.D.J.:**

       The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

                                                                   SO ORDERED:

                                                                   Shira A. Scheindlin
                                                                    U.S.D.J.

Dated:      New York, New York
               July 25, 2008

## - Appearances -

**For Plaintiff:**

Abraham Kleinman, Esq.
626 RexCorp Plaza
Uniondale, NY 11556
(516) 522-2621

**For Defendant:**

Thomas A. Leghorn, Esq.
Mann Bracken LLC
3 Gannett Drive
White Plains, NY 10604
(914) 323-7000